Sheila SUMMERS, Respondent Below–Appellant,

v.

Charles GARRISON, Petitioner Below–Appellee.

No. 373, 2017

Supreme Court of Delaware.

Submitted: November 20, 2017

Decided: November 30, 2017

Court Below—Family Court of the State of Delaware, File No. CN15–06533, Pet. Nos. 17–12801 and 17–15979

DISMISSED.

Brian GOODWIN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 421, 2017

Supreme Court of Delaware.

Submitted: November 3, 2017

Decided: November 30, 2017

Court Below—Superior Court of the State of Delaware, ID. No.: N1604019882 (N)

DISMISSED.

Raymond E. BRADLEY, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 310, 2017

Supreme Court of Delaware.

Submitted: October 19, 2017

Decided: December 1, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 92S05720DI (S)

GRANTED. AFFIRMED.

Matthew JONES, Defendant Below–Appellant,

v.

DOVER POLICE DEPARTMENT, Plaintiff Below–Appellee.

No. 410, 2017

Supreme Court of Delaware.

Submitted: October 12, 2017

Decided: December 1, 2017

Court Below—J.P Court No. 7 of the State of Delaware in and for Kent County, File No. 1705001842

DISMISSED.